## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Case Number: 1:20-cv-00071-CMA-NRN

DAVID KATT, on behalf of himself
and all others similarly situated,

Plaintiff,

-against-

ANB BANK,

Defendant.

---

## JOINT DISMISSAL OF PLAINTIFF'S ENTIRE ACTION AND CLASS CLAIMS

Plaintiff *David Katt,* on behalf of himself and all others similarly situated individuals, hereby dismisses United States District Court, for the District of Colorado, Case No. 1:20-cv-00071-CMA-NRN, and all issues and aspects of the entire action. This dismissal for David Katt is with prejudice and concludes all issues between Plaintiff and Defendant ANB Bank. Plaintiff also dismisses the entire class claims, without prejudice, as required. Plaintiff and Defendant ANB Bank respectfully request the Court issue an Order affirming these dismissals.

Dated: July 8, 2020

<u>*/s/ Ari Marcus*</u>
Ari Marcus, Esq.
MARCUS & ZELMAN, LLC
701 Cookman Avenue, Suite 300
Asbury Park, New Jersey 07712
Telephone: (732) 695-3282
Fax: (732) 298-6256
Email: Ari@MarcusZelman.com
*Attorneys for Plaintiff David Katt,*
on behalf of himself and all others similarly situated

*/s/ J. David Bournazian*
J. David Bournazian, Esq.
K&L GATES LLP
1 Park Plaza Twelfth Floor
Irvine, CA 92614
Telephone: (949) 253-0900
Fax: (949) 253-0902
Email: David.Bournazian@KLGates.com
*Attorneys for Defendant ANB Bank*

2

July 8, 2020

## **SIGNATURE ATTESTATION**

I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in this Joint Dismissal of Plaintiff's Entire Action and Class Claims and authorized the filing of this document with the use of their electronic signatures.

*/s/ J. David Bournazian*

July 8, 2020

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 8th Day of July 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following email addresses:

ari@marcuszelman.com

lori@marcuszelman.com

yzelman@marcuszelman.com

*/s/J. David Bournazian*
J. David Bournazian, Esq.

4

July 8, 2020